UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR25-148 JLR |
|---|---|
| Plaintiff, | |
| v. | MEMORANDUM IN SUPPORT OF MOTION FOR DETENTION |
| AHMON RASHARD HOGG JR., | Hearing: July 28, 2025 |
| Defendant. | |

## **INTRODUCTION**

Ahmon Hogg is charged with a widespread conspiracy to commit violent bank robberies in the Western District of Washington and throughout the country. Hogg and his co-defendant Seth Coles Body have been on a self-described "robbery spree" all over the country, from South to North, since at least December 2024. They have used threats, violence, and intimidation to successfully steal hundreds of thousands of dollars after assaulting ATM technicians fixing the ATMs that they glue shut. Hogg's violent behavior has only escalated and he is now being investigated by law enforcement agencies all over the country. Hogg is both a tremendous flight risk and a tremendous danger to the community. The government respectfully requests his pretrial detention.

Memorandum in Support of Motion for Detention - 1
*U.S. v. Hogg, et al. CR25-148 JLR*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# BACKGROUND

Hogg is from the Houston area and appears to have no ties to this district other than to come here to commit criminal activity. On July 2, 2025, Hogg and Coles Body were charged in a one-count complaint in the Western District of Washington with conspiracy to commit bank robbery. Hogg and Coles Body were arrested in Jackson, Mississippi and after their initial appearance were transported to Seattle. On July 17, 2025, Hogg and Coles Body had their initial appearance in this Court and Hogg requested that his detention hearing be set out until July 28, 2025.

On July 23, 2025, the grand jury returned a four-count indictment, charging Hogg and Coles-Body with conspiracy to commit bank robbery, and two bank robberies committed in this district on December 24, 2024, and March 7, 2025. Hogg is also charged with an attempted bank robbery committed in this district on December 23, 2024.

As detailed below, Hogg and Coles Body operate in criminal partnership, traveling the country committing violent bank robberies using the same modus operandi. They are skilled in changing out vehicles (including using rental car networks), using long-haul buses for transport, and using stolen temporary license plates to avoid detection from law enforcement. Hogg and Coles Body have been engaged in consistent criminal activity since at least December 2024 and are being investigated by law enforcement agencies across the country.

A factual background of the charged crimes and additional crimes under investigation is detailed below. The facts set forth in this detention brief are obtained from law enforcement reports, video surveillance, and discussion with the FBI case agents leading this investigation.

**A. Background on Charged Bank Robberies**

On December 23, 2024, bank surveillance footage captures two masked men in hoodies assaulting an ATM repair technician that had been dispatched to repair a bank

Memorandum in Support of Motion for Detention - 2
*U.S. v. Hogg, et al. CR25-148 JLR*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

ATM in Renton that had been glued shut. The two men can be seen dragging the ATM technician from his van to the ATM, forcing the ATM technician to his knees, and brandishing a screwdriver. The ATM technician reported that the men threatened to kill him if he did not open the ATM safe. The two men involved in the robbery drove a silver Volvo with a stolen temporary license plate. Cellphone data places Hogg's cellphone in close proximity to the Renton ATM shortly before and after this attempted robbery.

Less than 24-hours later, in the early morning hours of December 24, 2024, bank surveillance footage captures a man wearing the same hoodie as the Renton attempt and driving the same silver Volvo with a temporary license plate tampering with Bank of America ATMs in Vancouver, Washington and Battleground, Washington. Then, at approximately 8:46 a.m. on December 24th, an ATM repair technician attempting to repair the Vancouver ATM that had been disabled with glue was assaulted by two men wearing the same clothing as the Renton attempted robbery. The men successfully stole over $300,000 from the bank ATM in Vancouver, Washington. Cellphone data places Hogg's cellphone in close proximity to the Vancouver ATM right before the tampering; in close proximity to the the Battle Ground ATM right before that tampering; and then back in close proximity to the Vancouver ATM before and shortly after the Vancouver robbery.

Images from Hogg's cellphone taken right after the December 24th robbery show Hogg and Coles Body celebrating with large sums of currency.



Memorandum in Support of Motion for Detention - 3
*U.S. v. Hogg, et al. CR25-148 JLR*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Images obtained from Hogg's social media also show him with large amounts of cash after the Vancouver robbery and also reveal posts about his robbery spree and the transient nature of his criminal livelihood.







A few days after their successful Christmas eve robbery, Hogg and Coles Body were stopped by law enforcement in Phoenix after two ATMs were tampered with, again

Memorandum in Support of Motion for Detention - 4
*U.S. v. Hogg, et al. CR25-148 JLR*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

with a glue-like substance. Hogg and Coles Body were at the location of one of the tampered ATMs and law enforcement believed another robbery was imminent. Thick gloves, balaclavas, screwdrivers, robbery tools, and Gorilla brand caulk were all found in the car with Hogg and Coles Body. They were ultimately released from custody in Phoenix.

The evidence shows that Hogg and Coles Body returned to Washington in March 2025 to commit another robbery. Bank surveillance captures two masked men in hoodies successfully robbing an ATM technician in Redmond, Washington on March 7, 2025. Over $200,000 was stolen. The red hoodie worn by one of the men involved in the robbery and the empty ATM cash cassettes were found discarded on the side of the highway. One of the DNA samples obtained from the red hoodie came back as belonging to Hogg and a second DNA sample from the red hoodie came back as belonging to Coles Body.

**B. Additional Crimes under Investigation**

Hogg is also being investigated for other crimes across the country. For instance, he is a suspect in a strong-arm robbery that occurred outside a Mud Bay in Hillsboro, Oregon on June 13, 2025, shortly after several ATMs were disabled with glue, also in Oregon. As set forth in police reports, the vehicle used as part of the June 13th robbery was the same vehicle driven by Hogg when he was stopped by law enforcement two days earlier.

Hogg and Coles Body are also being investigated for a successful bank robbery in Portland, Maine on June 30, 2025. Police reports indicate that an ATM technician working to repair a bank ATM that was glued shut was violently beaten by three men and threatened with mace, before the suspects successfully fled with over $150,000 in stolen cash. A nationwide search on the FLOCK camera system shows the vehicle used in the robbery was driven from Texas, to Mississippi, to Indiana, through Massachusetts, and

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

into Maine. The FLOCK footage and third-party surveillance footage shows Hogg and Coles Body dining in McDonalds while they were driving the car across the country.

Ultimately, Hogg and Coles Body were stopped on July 1, 2025 in Jackson, Mississippi in this same car after being pulled over for driving at approximately 97 mph. A distinct blue San Juan Islands sweatshirt worn by one of the suspects from the Portland, Maine robbery was in the car along with several stolen firearms.




Of note, contents from Hogg's phone and social media show ample pictures of him holding firearms.

//
//
//
//
//
//
////
//
//
//

Memorandum in Support of Motion for Detention - 6
*U.S. v. Hogg, et al. CR25-148 JLR*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ARGUMENT

### A. Legal Standard

The Bail Reform Act provides that a court should detain a defendant pending trial if "no condition or combination of conditions . . . will reasonably assure the appearance of the person as required and the safety of any other person and the community." 18 U.S.C. § 3142(f). The United States bears the burden of showing that the defendant poses a danger to the community by clear and convincing evidence, and it bears the burden of showing that a defendant poses a flight risk by a preponderance of the evidence. *United States v. Gebro*, 948 F.2d 1118, 1120 (9th Cir. 1991).

The Bail Reform Act identifies four factors that a court should consider in analyzing detention issues: (1) the nature and circumstances of the offense charged; (2) the weight of the evidence; (3) the history and characteristics of the person, including the person's character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct, history relating to drug or alcohol abuse, criminal history, and record concerning appearance at court proceedings; and (4) the nature and seriousness of the danger to any person or the community that would be posed by the person's release. 18 U.S.C. § 3142(g).

Hogg's dangerous and ongoing criminal behavior in the recent past, the serious nature of his charges and pending investigations throughout the country, and his skill in traveling the country and avoiding detection make this case appropriate for the extraordinary remedy of pretrial detention.

### B. Hogg is a Serious Flight Risk

Pretrial detention is warranted because Hogg is an unacceptable flight risk. Hogg is aware that the serious nature of this federal case, and the related ongoing investigations, means that he is facing the risk of a very lengthy term of custody. As already detailed, Hogg has experience traveling the country, using his network to obtain

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

rental cars and he knows how to obtain stolen temporary license plates. In other words, he is skilled at avoiding detection and moving from place-to-place very quickly. Hogg has an outstanding active warrant in Portland, Maine relating to the June 30th robbery discussed above. Hogg's robbery successes and apparent contacts all over the country also shows that he has the means and ability to flee if he were released.

The government has set forth sufficient facts to show by a preponderance of evidence that there are no conditions that can be imposed to assure Hogg's appearance.

## C. Detention is Necessary to Protect the Public

The public's safety is another reason that Hogg's pretrial detention is imperative. The Court must consider Hogg's character and his violent and recent criminal activity. While Hogg is presumed innocent, the evidence related to the alleged crimes is still relevant to the Court's detention assessment. The evidence shows that Hogg has ready access to dangerous firearms and is willing to commit repeated and consistent acts of violence. The government has set forth sufficient facts to show by clear and convincing evidence that there are no conditions that will reasonably assure the safety of the community upon Hogg's release.

//

//

//

//

//

//

//

//

//

//

Memorandum in Support of Motion for Detention - 8
*U.S. v. Hogg, et al. CR25-148 JLR*

## CONCLUSION

For these reasons, the government asks the Court to grant the government's request for Hogg's pretrial detention.

Respectfully submitted this 25th day of July, 2025.

TEAL LUTHY MILLER
Acting United States Attorney

*s/ Amanda McDowell*
AMANDA MCDOWELL
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: 206-553-5040
E-mail: amanda.mcdowell@usdoj.gov

Memorandum in Support of Motion for Detention - 9
*U.S. v. Hogg, et al. CR25-148 JLR*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970